DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAKSIM DURASOV,**
Appellant,

v.

**OLGA DURASOV,**
Appellee.

No. 4D22-1395

[October 27, 2022]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562021DR000323.

Jonathan Jay Kirschner of Jonathan Jay Kirschner Esq. & Associates, LLC., Fort Pierce, for appellant.

Francisco J. Garcia of Garcia Law, P.L., Port Saint Lucie, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., LEVINE and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***